# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:19-cv-08388-ODW (JCx) | Date | December 26, 2019 |
|---|---|---|---|
| Title | *Catwalk to Sidewalk, Inc. v. Lansel Ann Hurt-Watson et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                  **In Chambers**

The Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing only, no later than **January 3, 2020**, why the Court should not dismiss this action based on Plaintiff's failure to serve the Complaint within the Rule 4(m) period. No hearing will be held. The Court will discharge this order upon the filing of a timely proof of service or a demonstration of good cause why timely service has not been made, supported by declaration under penalty of perjury. Failure to timely respond to this Order may result in the dismissal of the action without further warning

                                                                                     :    00

Initials of Preparer    SE